Case 7:16-cv-00680 Document 17 Filed in TXSD on 05/22/17 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 22, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CHILDREN'S GARDEN DAY CARE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-680 |
| | § | |
| CATLIN SPECIALTY INSURANCE COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the "Joint Motion to Dismiss with Prejudice,"[1] filed by Children's Garden Day Care ("Plaintiff") and Catlin Specialty Insurance Company and Vericlaim, Inc. ("Defendants"), announcing to the Court that the parties seek to dismiss this suit. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the instant motion is signed by both Plaintiff and Defendants, the only parties in this case, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 22nd day of May, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 16.